**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **L-05-2233** |
| **EDELMIRO RODRIGUEZ** | § | |

## O R D E R

BE IT REMEMBERED on this____29TH_____ day of ____DECEMBER_____, 2005__, the Court

reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the

United States Magistrate Judge filed **NOVEMBER 17, 2005**, wherein the defendant waived appearance

before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a

felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge

recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant

to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and

is hereby adopted.

SIGNED this the __29TH__ day of ____DECEMBER_____, 2005_.


George P. Kazen
United States District Judge